# ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 26 2007

Stephan Harris, Clerk
Cheyenne

JERRY D. CARTER
C/O GENERAL DELIVERY
CHEYENNE WYOMING 82001

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING  **07 C V  218**

| | |
|---|---|
| JERRY D. CARTER., <br>     PETITIONER, <br><br> VS. <br><br> THE CHEYENNE POLICE DEPARTMENT <br> AND ALL ITS EMPLOYEES, AND <br> OFFICERS ET AL., <br><br>     RESPONDENT. | CASE NO. <br><br> PETITION FOR PERMANENT <br> INJUNCTION, SEEKING TEMPORARY <br> RESTRAINING ORDER AND <br> PRELIMINARY INJUNCTION <br> AS A RESULT OF U.S. <br> CONSTITUTIONAL CIVIL RIGHTS <br> VIOLATIONS. |

I. JERRY D. CARTER IS THE PETITIONER IN THE ABOVE-CAPTIONED ACTION FOR HABEAS CORPUS BEFORE THIS HONORABLE COURT. PLAINTIFF'S MAILING ADDRESS IS AT GENERAL DELIVERY IN THE CITY OF CHEYENNE, IN LARAMIE COUNTY, IN THE STATE OF WYOMING.

II. RESPONDENT, THE CHEYENNE POLICE DEPARTMENT AND/OR ITS AGENTS RESIDE OR WORK AT 2020 CAPITOL AVE., IN THE CITY OF CHEYENNE, IN LARAMIE COUNTY, IN THE STATE OF WYOMING AND/OR WITHAL IN OR ABOUT SAID CITY, COUNTY AND STATE. RESPONDENT AND/OR THEIR AGENTS ARE PARTIES IN FACT AND RELATIVE TO THE INSTANT CASE BEFORE THIS COURT IN HABEAS CORPUS BECAUSE SAID CAUSE AND RESULTING SUCCESSION OF ACTS OR ACTIONS TAKING PLACE OR THREATNING TO TAKE PLACE DIRECTLY RELATE TO AND RESULT FROM THE CLAIMS SET FORTH IN THIS PLAINTIFF'S PETITION FOR HABEAS CORPUS AND THE CRIMINAL CHARGES THEREOF.

III ON OR ABOUT SEPTEMBER 21 2007 AT APPROXIMATELY 10:00 AM PETITIONER APPROACHED THE CHEYENNE POLICE DEPARTMENT ENTERING THE BUILDING TO FILE MULTIPLE CRIMINAL CHARGES ON A WYOMING STATE TROOPER, TESTERMAN. A OFFICER RADOMICKI BADGE # 55 WAS

Receipt # _____
Summons: ___ issued
_____ not issued

IN PLACE AT THE LOBBY DESK REPRESENTING
THE CHEYENNE POLICE DEPARTMENT

A. OFFICER RADOMICKI #55 HEARD THE CRIMINAL
CHARGES, VERBALLY AS CITED BY PETITIONER
ON SAID AND STATED WYOMING STATE TROOPER.

B. RADOMICKI ULTIMATELY IN WRITING REFUSED
TO ASSIST, RECEIVE, LODGE, REPORT, THE CHARGES
IN ANY FORM, (SEE ATTACHED EVIDENCE
MARKED EXHIBITS $I - II - A + B$) AS TO
PROOFS AND PETITIONERS INTENDED EFFORTS
TO REDRESS FOR GRIEVANCES AND FILE
CHARGES ON RADOMICKI #55 FOR CRIMINAL
ACTS, CIVIL RIGHTS VIOLATIONS, DEPARTMENTAL
VIOLATIONS.

C. PETITIONER HAS NOT FILED TO THE CHIEF OF
POLICE AFORE NOTED CHARGES OR COMPLAINTS
AS ANOTHER ACTION OCCURED BY ANOTHER
OFFICER RE: CIVIL RIGHTS AND CRIMINAL ACTS
VIOLATIONS ON SEPTEMBER 22 2007 TO THE
PETITIONER SO ABRUPTLY PETITIONER HAD NO
REASONABLE OPPORTUNITY TO FILE ON THE
FIRST EVENT.

D. PETITIONER DESIRES TO NOTE FOR THE COURTS
INFORMATION THAT PETITIONER WAS IN THE
PROCESS OF MOVING PHYSICAL ADDRESS LIVING
LOCATIONS, ATTENDING TO PERSONAL NEEDS

DID MANAGE TO COMPLETE AND FILE CRIMINAL
CHARGES ON SAID TROOPER WITH THE WYOMING
STATE PATROL ON SAME DAY OF THE CRIMES
BEING COMMITTED AFTER BEING REFUSED BY
SAID POLICE OFFICER THAT REPRESENTED THE
CHEYENNE POLICE DEPARTMENT, NOTING THAT
MUCH VERBAL DURESS WAS DONE TO PETITIONER
BY A MAJOR BUTLER OF WYOMING STATE PATROL
ON THE TELEPHONE PRIOR TO BUTLER AGREED TO
DISPATCH TWO STATE TROOPER TO RECEIVE THE
WRITTEN CHARGES FROM PETITIONER, AT THE
FRONT OF CHEYENNE LIBRARY.

E. IN LIGHT OF THE AFORE DESCRIBED EVENTS
PETITIONER CLAIMS THAT OFFICER RADOMICKI
DID IN FACT VIOLATE PETITIONERS U.S. CIVIL
RIGHTS WITHIN THE 14TH AMMENDMENT OF
THE U.S. CONSTITUTION BY NOT ALLOWING
PETITIONER "EQUAL PROTECTION OF THE LAWS",
FUTHER SHUTDOWN PETITIONERS "FREEDOM
OF SPEECH" GUARANTEED BY THE 1ST AMMENDMENT
OF SAME CONSTITUTION, CAUSED PETITIONER
"CRUEL AND UNUSUAL PUNISHMENT" FROM THE
8TH AMMENDMENT, AND HAS JEOPARIZED THE
FEASABLE PROCESS OF "REDRESS OF GRIEVANCES"
FROM THE 1ST AMMENDMENT OF SAME CONSTITUTION.

F. THAT OFFICER RADOMICKI #55 DID COMMITT MISDEMANOR CRIMES OF DISTURBING THE PEACE AND HARASSING PETITIONER DURING THE REQUEST FOR POLICE SERVICES, DISRUPTED THE CHAIN OF EVIDENCE, CAUSING LOSS OF OPPORTUNITY TO ARREST AND CHARGE A SUSPECT OF SIX CRIMES, ONE BEING A FELONY.

G. FUTHER THAT STATED OFFICER DURING THE VERBAL PORTION AND WRITTEN SELF ADMISSONS REFUSED TO EVER SPEAK OR WRITE THE WORD "CHARGES" STAYING WITH THE WORD COMPLAINT, EVEN THOUGH PETITIONER TRIED TO EXPLAIN TO HIM THE DIFFERENCE OF THE WORDS.

H. THAT IT IS CLEAR THAT PETITIONER CAN AND WILL TESTIFY THAT ANY OFFICER IN AMERICA CAN ACCEPT CRIMINAL CHARGES ON ANY OTHER OFFICER AT ANY TIME AND ANY CITIZEN, AND USUALLY WITH NOTED APPROVAL OF A HIGHER COMMAND OFFICER WHEN THAT OCCURS, NEVER REFUSING TO FILE SUCH.

I. THAT CHEYENNE POLICE DEPARTMENT HAD THE PRIMARY RESPONSABILITY TO RECEIVE AND FILE STATED CHARGES AS THE CRIMES OCCURED WITHIN THE CITY LIMITS, THEREBY ESTABLISHING THE VENUE.

J. THAT PETITIONER SUFFERED ANOTHER VIOLATION OF HIS CIVIL RIGHTS AND CRIMINAL ACTS FROM YET ANOTHER CHEYENNE POLICE OFFICER MERE HOURS APART THAT IS A OFFICER DAVIDSON BADGE # P81.

K. THAT DAVIDSON WAS ASKED BY PETITIONER TO ACCEPT AND FILE CRIMINAL CHARGES ON A SUSPECT THAT COMMITTED FOUR CRIMINAL ACTS ON PETITIONER WHEN PETITIONER WAS APPLYING FOR SOME SERVICES HE QUALIFYS FOR AT THE LOCATION OF 907 LOGAN IN CHEYENNE WYOMING. PLEASE REFER TO ENCLOSED EVIDENCE PAPERS THAT CLAIRIFY THESE EVENTS MARKED EXHIBITS B-1 B-2 AND B-3.

L. PETITIONER CLAIMS THAT BOTH OF THE AFORE STATED CHEYENNE POLICE OFFICERS HAVE GRIEVEOUSLY AND WITH MALICE VIOLATED MULTIPLE CIVIL RIGHTS OF THE PETITIONER SEPRATELY BUT PARALLEL AS BOTH REPRESENT THE CHEYENNE POLICE DEPARTMENT.

M. THAT OFFICER DAVIDSON VIOLATED PETITIONERS CIVIL RIGHTS OF "FREEDOM OF SPEECH" OF THE FIRST AMMENDMENT BY DISREGARDING THE WORDS OF EVIDENCE PETITIONER GAVE

AND REPORTED TO HIM ON THE DATE LISTED
IN THE STATED EXHIBITS, ALTERED AND
TAMPERED WITH THAT EVIDENCE AND PUT
FRAUDLENT AND FICTICIOUS WORDS IN PLACE
OF THE PETITIONERS WORDS INTO A OFFICAL
POLICE DOCUMENT, THEREBY ALSO DESTROYING
THE TRUE EVIDENCE. THIS VIOLATION CAUSES
"CRUEL AND UNUSUAL" PUNISHMENT TO THE
PETITIONER SHOULD THE OFFICER REPORT AND
NEGLIENCE STAND AS IT IS, AND IT IS FACT
THAT ONCE A CIVIL RIGHTS VIOLATION IS DONE,
THEN IT IS DONE, FOREVER. THAT SAME
OFFICER VIOLATED THE 14TH AMMENDMENT
OF "EQUAL PROTECTION OF THE LAWS" BY
FIRST REFUSING TO ACCEPT CRIMINAL CHARGES
ON A NAMED SUSPECT AT A ESTABLISHED ADDRESS
AND EVEN THOUGH HE REVERSED AND DID
FILE A REPORT, NEVER USED THE WORDS
"CRIMINAL CHARGES" FALSELY STATED MY DESIRES
SO HE CONTINUES TO VIOLATE EQUAL PROTECTION
OF THE LAWS".
N. PETITIONER HAS AND WILL SUFFER
   IRREPARABLE HARM AND DAMAGES AND
   INJURY TO ALL AREAS OF A PERSONS
   BEING, ACTIVITIES, AND REPUTATION
   FOREVER, HERE ON OUT.

O. THAT COUPLED WITH WHAT THE STATE
TROOPER COMMITTED TO PETITIONER (SEE
ENCLOSED CHARGES, THAT STATE PATROL
FINALLY RECEIVED OFFICALLY) PETITIONER
FEELS HIS LIFE DISRUPTED IMMENSLEY
BY ALL STATED AND NOW HAVING TO
DEAL WITH TWO SEPERATE POLICE UNITS
WHO ARE KNOWN TO FUNCTION TOGETHER
IN MANY AREAS PETITIONER IS CLIMAXED
TO THE POINT OF BEING IN FEAR FOR HIS
LIFE, FREEDOM, SAFTEY IN ALL HIS
NEEDED ACTIVITIES THAT ARE KNOWN
TO MANY CITIZENS OF RESPECT, NEWS
MEDIAS, AND OTHER GOVERNMENT AGENCIES
SUCH AS FEDERAL ELECTION COMMISSION,
STATES ELECTION COMMISSIONS, AND
SEVERAL POLITICAL ORGANIZATIONS. AS
PETITIONER HAS DECIDED WELL BEFORE
ARRIVING IN CHEYENNE WYOMING TO RUN
FOR U.S. SENATOR IN WYOMING IN 2008
BEGINNING PRE-INQUIRY AND INVESTIGATIVE
EFFORTS IN OTHER PARTS OF WYOMING,
AND FILING THE FEDERAL DOCUMENTS
AS ENCLOSED FOR VIEWING, PETITIONER
FEELS JUST AND PROBABLE CAUSE
TO PRAY TO THE COURT FOR THE ENCLOSED

REQUESTED RESTRAINING ORDER AND INJUNCTION ON THE CHEYENNE POLICE DEPARTMENT.

P. WHEREFORE PETITIONER PRAYS AS FOLLOWS:

A. THAT ALL POLICE OFFICERS, EMPLOYEES OR AGENTS IN CONTACT WITH ANY CITIZENS SUCH AS MYSELF BE MADE TO STAND BEFORE A FEDERAL JUDGE AND RECITE FROM MEMORY ALL THE U. S. CIVIL RIGHTS LISTED IN THE U-S CONSTITUTION THAT APPLY TO EACH CITIZEN OF THE UNITED STATES AND MYSELF. THAT THEY BE NOT ALLOWED TO READ THOSE BUT RECITE VERBALLY FROM MEMORY TO THE UNBIASED SATISFACTION OF A CHOSEN FEDERAL JUDGE WHILE PETITIONER IS PRESENT AT EACH OFFICER RESTRAINED TO DO SO, FOR WITNESS. AS PETITIONER HAS ENOUGH VALID PROBABLE CAUSE THRU EVIDENCE ENCLOSED AND FROM PETITIONERS OWN INVESTIGATION OF MANY RESPECTABLE CITIZENS WHO ARE TELLING THE PETITIONER THE WHOLE CHEYENNE POLICE DEPARTMENT IS CORRUPT.

PETITIONER HAS ASKED SEVERAL TO WRITE THAT DOWN, TO THE PERSON THEY ARE SO AFRAID, NONE WILL DO THAT, THIS IS INCOMPREHENSIBLE THAT EVERYONE PETITIONER CONVERSED WITH WOULD SAY THE EXACT SAME THINGS AND NONE SAY THE OPPOSITE. A GOOD CROSS SECTION OF CITIZENS HAVE BEEN EXAMINED.

AS PETITIONER ALSO HAS FORMER POLICE SERVICE ON THE DENVER POLICE DEPARTMENT IN THE 1960's ERA, PETITIONER AND ALL POLICE IN THAT ERA HAD TO STAND AND CITE FROM MEMORY THE AMMENDMENTS 1 THRU 14 TO THE POLICE ACADEMY OFFICALS OR IT WAS NO BADGE OR JOB PERIOD.

IT IS WITH EXCEPTIONAL KNOWLEDGE THAT PETITIONER HAS PERSONALLY EXAMINED SEVERAL POLICE ACADEMYS IN PAST TWO YEARS, ALL EXAMINED ADMIT THEY TEACH ABOUT THE CONSTITUTION BUT CIVIL RIGHTS ARE NOT REQUIRED TO BE MEMMORIZED.

EVEN MY OWN POLICE DEPT ADMITS THIS, VIA COMMANDER LAMB OF THE DPD CHIEF WINSON OFFICE, AND HE SAYS ITS A SAD STATE OF AFFAIRS.

WITH EVEN MORE ABOUT THIS SUBJECT I CAN TESTIFY TO, THE PERDICIMENT AT

HAND IS OF PRIMARY CONCERN TO PETITIONER.
PETITIONER PRAYS THE COURT PREFORM THE
AFORE STATED RESTRAINT, IMMEDIATE
WITH NO PROCRASTERNATION, AS PETITIONER
CAN NOT AND WILL NOT HIDE OUT OR
SHRINK HIS LIFE OR NEGLECT HIS VOLUNTEER
STAFF, AND MUST GO IN THE STREETS
AND HIGHWAYS TO DO HIS CAMPAIGN AND
PERSONAL NEEDS.

AS THE VIOLATIONS ARE SO EXTREME AS
CITED, PETITIONER SEEKS A EXTREME AND
FAIR RESTRAINT ON THOSE CITED TO ASSIST
IN CONTINUAL SAFETY AND FREEDOMS FOR
PETITIONER AND ALSO HIS STAFF AND
VOTERS.

Q. PETITIONER PRAYS AND CLAIMS TO THE
COURT, THAT NO CITIZEN SHOULD BE IN
THIS TYPE OF FEAR TO FREELY SPEAK OR
EGRESS THE HIGHWAYS AND STREETS LEGALLY
WITH THE ACTS DESCRIBED HEREIN THIS
EFFORT IS BEING SHUT DOWN FOR THE
PETITIONER DAY BY DAY, HOUR BY
HOUR WHEN THE PETITIONER DID NO
CRIMES, NO THREATS, ONLY WANTED HIS
RIGHTS TO BE FUNCTIONING, AT BEST.

PETITIONER REALIZES POLITICAL ENEMIES WILL AND MAY TRY TO CAUSE PETITIONER GRIEFS BEYOND NORMAL LIFE NEEDS THIS IS A GIVEN, BUT WHEN POLICE PARTICIPATE IN DOING SUCH IT IS BEYOND ACCEPTABILITY, THE EVIDENCE IS, IF THEY KNOW BY MEMORY MY CIVIL RIGHTS THEY SHOULD HAVE KNOWLEDGE NOT TO VIOLATE THOSE, IF THEY DO NOT KNOW ALL OF THE CIVIL RIGHTS IT IS IMPOSSIBLE TO SERVE AS A POLICE OFFICER IN AMERICA, PETITIONER PRAYS THE COURT SUSPEND ALL LISTED AS RESPONDENTS, FROM POLICE SERVICE IN CHEYENNE WYOMING IF THEY CANNOT MEMORIZE APPROXAMETLY 652 SIMPLE WORDS WITH COMMAS AND PERIODS INCLUDED IN THAT NUMBER THAT COMPRISE ALL MY BASIC CIVIL RIGHTS AS WELL AS OTHERS CIVIL RIGHTS.

I REALIZE THE IMPACT AND RAMIFICATIONS THIS COULD CAUSE AND I DO NOT EMBLISH OR ENJOY THE THOUGHT, BUT RESPONDENTS MUST BE ACCOUNTABLE FOR THE CIVIL RIGHTS VIOLATED NOW, LISTED HEREIN DONE BY THEIR OWN FELLOWS THAT REPRESENT ALL OF THEM. NONE OF THEM FUNCTION SEPERATLY, THERE ARE DEPARTMENT RULES AND REGULATIONS

THAT ESTABLISH AND EMBRACE THEM AS ONE UNIT.

R. SHOULD PETITIONERS RESTRAINT REQUEST FOR THIS INJUNCTION NOT BE CLEAR ENOUGH PETITIONER PRAYS TO HAVE EXTENDED OPPORTUNITY TO CLARIFY BEFORE THE COURT IN PERSON A.S.A.P. IT IS PETITIONERS KNOWLEDGE FROM OTHER FEDERAL COURT APPEARANCE'S TESTIFYING THAT SOME FEDERAL JUDGES CONSIDER RESTRAINT-INJUNCTIONS OF THE HIGHER PRIORITY IN FRONT OF OTHER BUSINESS.

S. FURTHER THAT PETITIONER PRAYS TO HAVE A FEDERAL COURT DOCUMENT TO CARRY ON HIS PERSON THAT IN THE SIMPLEST LANGUAGE THAT EVEN A LOW I.Q. PERSON COULD UNDERSTAND THAT NO CHEYENNE POLICE OFFICER BE ALLOWED TO TOUCH THE PETITIONER IN ANY MANNER UNLESS THEY APPEAR BEFORE SAME FEDERAL JUDGE WITH WARRANT SUPPORTED BY OATH OR AFFIRMATION WITH PROBABLE CAUSE TO EVEN TOUCH THE PETITIONER IN ANY WAY, WITH PETITIONER GIVEN FAIR TIME AND OPPORTUNITY TO RESPOND FREELY WHEN ASKED. FURTHER

TO ASSURE THE COURT IN THIS REQUEST
PETITIONER HAS NO INTENT OR PRE
CONCIEVED IDEAS OR MOTIVES TO BREAK
ANY LAWS OF THE LAND, BUT DOES DESIRE
TO FINISH OUT THE POLITICAL CAMPAIGN
IN WYOMING TILL NOVEMBER 2008 -
SPEAKING AND TRAVELLING FREELY AS
NEEDED IN CHEYENNE AND THE ENTIRE
STATE OF WYOMING, WITH HOPES OF
NOT ONE MORE CRIME OR CIVIL RIGHTS
VIOLATIONS OCCUR TO PETITIONERS PERSON,
SHOULD THE COURT LOVE THE U.S. CONSTITUTION
AS MUCH AS THE PETITIONER, A SOLID
FINDING IS REQUESTED TO UPHOLD THE
CONTINUED EXISTENCE OF THE DOCUMENT
WE LIVE BY.

PETITIONER DID NOT WANT TO HAVE TO
DO THIS BUT NOW FINDS IT WARRANTED
AND NECESSARY.

7. A DECISION AGAINST THE PETITIONER
IN THIS WILL CAUSE A EXTREME HARDSHIP
PERSONALLY AND POLITICALLY, AS PETITIONER
IS ALSO LEGALLY DISABLED SINCE 1985
PERMANETLY BY A FEDERAL ADMINISTRATIVE
LAW JUDGE, IT IS NOT FEASABLE THAT
PETITIONER TRY TO PHYSICALLY SELF DEFEND
AGAINST CRIMES COMMITTED UPON HIM.

AND SHOULD NOT BE EXPECTED TO ALSO
AS A 67 YR OLD SENIOR CITIZEN.
MOST CURRENT AND PAST U.S. SENATORS
THE PETITIONER HAS HEARD ALL HIS
LIFE, SPEAK BOLDLY AND EXZURBENTLY
ABOUT CIVIL RIGHTS CONTINUALLY, I
DON'T SEE ANY OF THEM WITHOUT SOME
KIND OF PHYSICAL BODY GUARD PROTECTION
UNLESS MAYBE THEIR IN A TOILET
SOMEWHERE, EVEN THE PRESIDENT(S)
SPEAK HIGHLY OF CIVIL RIGHTS AND
NEED SPECIAL BODY GUARDS — PETITIONER
IS RELYING ON THE COURTS AT THIS
WRITING TO BODYGUARD HIS RIGHTS
AS PRAYED FOR, PETITIONER HAS OTHER
PERSONAL KNOWLEDGE OF ATTACKS ON HIS
PERSON AND SOME STAFF RUNNING FOR
U.S. SENATOR IN CALIFORNIA AND HAWAII
BOTH IN 2006, 22 SOME 000 ASSAULTS
TWO KNIFE WOUNDS IN HAWAII, AND
NO BODY BROUGHT TO JUSTICE OR A COURT
PERIOD BY THE COUNTY ATTORNEY PERIOD,
TO ANSWER EVEN THOUGH 3 GOOD POLICE
OFFICERS PUT THEIR LIVES ON THE LINE
TO FICE ALL THOSE CRIMES, VERY
EXPERIENCED OFFICERS, COMMAND LEVEL.

U. PETITIONER, WRITER AND CREATOR OF THIS SUBMISSION IS NOT A LICENSED ATTORNEY, DOES KNOW HOW TO TYPE FLUENTLY BUT IS FAIRLY COMPUTER ILLITERATE, AND NO ACCESS AT THIS TIME TO A TYPEWRITER, BEGGING THE COURTS FORGIVNESS FOR LONGHAND, AND OF COURSE SORE FINGERS DOING THIS, ETC., I CAN PRUBABLY TAKE ANY COMPREHENSIVE DIRECTION THE COURT CHOOSES OR SCOLDING, BUT AM EMPHATIC THAT MY CIVIL RIGHTS BE UPHELD. ALSO THAT PETITIONER SUFFERS DAILY WITH LEG CRAMPS, BACK PAIN SOMETIMES SEVERE, SUMETIMES TOLERABLE, PETITIONER PRAYS THE COURTS INDULGENCE TO RESPOND AS ASKED TO FIT THE FUNCTIONS OF PETITIONERS DISABILITIES.

V. PETITIONER WISHES TO NOTE THAT WHILE HAVING COFFEE AT A LOCAL ESTABLISHMENT, ENGAGING IN A GOOD CONVERSATION WITH TWO YOUNG SHERIFF OFFICERS OF CANDER COUNTY ONE OFFICER ALMOST CITED ALL OF THE CIVIL RIGHTS BY MEMORY

STUMBLING A LITTLE ON THE 14TH
AMMENDMENT, HE DID SO WILLING
WITH PRIDE NOT OFFENDED, I
HELPED HIM OUT ON THE 14TH, THERE
IS SOME HOPE OUT THERE THAT
SOME ARE GOOD AMERICANS WITH
COURAGE AND PUBLIC SERVITUDE.

W. FOR INFORMATIONAL SUPPORT PURPOSES
WHEN QUESTIONING OFFICER RADOMICKI
UPON MY LEAVING THE POLICE BUILDING IF
HE KNEW THE CIVIL RIGHTS FROM THE
1ST THRU THE 14TH AMMENDMENTS OF THE
U.S. CONSTITUTION HE GAVE A FIRM "NO"
ANSWER.

UPON POSING THE SAME QUESTION TO OFFICER
DAVIDSON AS HE WAS CLOSING OUR CONVER
SATION HE REFUSED TO ANSWER.

MEETING A YOUNG OFFICER WHILE I WAS
HAVING COFFEE AT A MCDONALDS AFTER
THE MEETINGS OF THE ABOVE OFFICERS
AND ENGAGING IN A CONVERSATION WITH
THIS OFFICER, WHO WAS VERY CONGENIAL
POLITE AND TALKATIVE, I MENTIONED I
HAD SOME UNFAVORABLE CONTACTS WITH
TWO OLDER OFFICERS, TO WHICH THIS
OFFICER REPLIED, SOME OF THE OLDER

ONES CAN BE HARD TO GET ALONG WITH,
THIS TYPE OF CONVERSATION DID NOT SEEM
TO MAKE HIM WANT TO GET AWAY FROM ME
HE WAS SMILING SO WANTING SOME MORE
INPUT AS HE IS ONLY THE 3RD OFFICER
IVE EVER MET FROM THE CHEYENNE P.D.
I POSED THE QUESTION TO HIM POLITE AS
I COULD WORD IT, IF HE KNEW THE CIVIL
RIGHTS IN THE CONSTITUTION, HE QUICKLY
ANSWERED THAT HE DID NOT WE TALKED
SOME MORE, HE EVEN SMILED AT ME
INSIDE MC DONALDS AND WE EXCHANGED
FAREWELLS I DO NOT WISH TO EMBARRAS
THIS YOUNG POLICE OFFICER SO I WITHOLD HIS
NAME WHICH I HAVE IT I LOOK AT HIM
AND SEE MYSELF WHEN I WAS A YOUNG
OFFICER WITH THE EXCEPTION THAT I
HAD FOLKS CIVIL RIGHTS MEMORIZED
AS I HAVE INCLUDED ALL THE OFFICERS
IN MY INJUNCTION REQUEST HE WILL BE
COVERED ANYWAY I LAY THE BLAME
SQUARLEY ON THE COMMAND OFFICERS
FOR THESE OFFICERS NOT KNOWING MY
CIVIL RIGHTS FROM THEIR OWN MOUTHS
ADMITTING IT AND FROM OMISSION
IF THE NUMBER OF TOTAL OFFICERS
NUMBER 100 THEN I HAVE KNOWLEDE

THAT 3% HAVE NO CONCEPT OF MY CIVIL
RIGHTS A STRONG ENOUGH PERCENTAGE
TO WARRANT PROBABLE CAUSE TO REQUEST
THE COURT ACTION DESIRED UNDER THE
LISTED HEREIN CIRCUMSTANCES THAT HAVE
OCCURED TO ME FROM A FEW SHORT DAYS
OF LIVING IN CHEYENNE WYOMING COUPLED
WITH ALL, 100% OF THE CITIZENS IVE
TALKED TO ABOUT THE CHEYENNE P.D.
TO THE PERSON STATING THE POLICE FORCE
HERE IS CORRUPT A FAIR CROSS SECTION
OF CITIZENS HAS SAID THIS TO ME, BUT
NO CITIZEN HAS TO HAVE SOME "POSITION"
TO QUALIFY FOR EQUAL CIVIL RIGHTS.

X. AS I AM NOT TAUGHT OR VERSED IN
FORMING SUBPEONAS I PRAY THE COURT
OFFER ASSISTANCE TO PROVIDE SUCH SERVICE
AS IT BECOMES NECESSARY, ALSO CONSIDERING
MY FINANCIAL ABILITIES TO DO OTHER THAN
I HAVE DONE WITH THIS PETITION, TO BRING
IT TO A ULTIMATE DECISION.

Y. MANY COPIES OF OTHER DOCUMENTS ARE
ENCLOSED TO PROVIDE EVIDENCE TO SUPPORT
THIS PETITION.

2.

VERIFICATION AND DECLARATION
UNDER PENALTY OF PERJURY

I JERRY D. CARTER DECLARE AND VERIFY
UNDER PENALTY OF PERJURY UNDER THE
LAWS OF THE UNITED STATES OF AMERICA
THAT THE FORGOING IS TRUE AND CORRECT.

DATED THIS 26ᵀᴴ DAY OF SEPT. 2007.

JERRY D. CARTER
℅ GENERAL DELIVERY
CHEYENNE WYOMING 82001

ENCLOSURE: I SWEAR I LIVE AT A
PHYSICAL ADDRESS IN THE CHEYENNE WYO
CITY LIMITS, BUT WISH TO WITHOLD THAT
IN FEAR OF A VENDETTA, HAVING NO MEANS
OF PERSONAL PROTECTIONS ALSO THE POST
OFFICE HAS NO AFFORDABLE BOX RENTALS
AT THIS TIME ANYWHERE, IVE MET WITH
TOP POSTAL OFFICIALS AND NOW KNOW
WHY THAT PROBLEM EXISTS AND THEY
ARE WORKING NOW TO SOLVE THAT FOR
ME.

ROBERT D. FECHT
CHIEF OF POLICE
2020 CAPITOL AVE.
CHEYENNE WYO. 82001

EXHIBIT 1-A -P-1
SEPT 21-2007

CHIEF OF POLICE
CHEYENNE WYO

THE UNDERSIGNED, DESIRES TO BRING CHARGES
OF CRIMINAL ACTS ON CHEYENNE POLICE OFFICER,
"RADOMICKI" BADGE #55, OF THE CHYENNE
WYO. POLICE DEPT.

THE CHARGES OF DISTURBING, MY PEACE
HARASSMENT, TO MY PERSON ARE DESIRED.

THAT ON SEPT-21-2007, APPROX, 10:00
AM, UNDERSIGNED APPEARED AT THE CHEYENNE
WYO POLICE DEPT, ASKING A PUBLIC SERVICE
OF POLICE, TO FILE CRIMINAL CHARGES ON A
WYOMING STATE PATROL TROOPER, "TESTERMAN".

I WAS DIRECTED TO OFFICER RADOMICKI,
WHO WAS MANNING THE DESK, LOCATED IN THE
LOBBY.

THE FIRST INTERCHANGE OF CONVERSATION
OPENED WITH WHAT I TERM, AS NORMAL.

THEN AT THE POINT WHERE I NEEDED TO
IDENTIFY AND NAME THE SUSPECT, TESTERMAN,
OF THE WYO STATE PATROL, RADOMICKI'S ATTITUDE

1 - A - P -2

TOOK A NOTABLE CHANGE TO WHAT I TERM
AS NOT NORMAL.

HE STARTED VERBALLY DISMISSING ME
TO GO TO THE STATE PATROL WITH MY (CHARGES)
HOWEVER HE KEPT USING THE WORD COMPLAINT (S)
ALSO ACCLERATING TO A CAUSTIC AND BELIGERANT
LEVEL OF DEMANOR.

MY ATTEMPTING TO CONVINCE HIM, I
CAME TO FILE CHARGES NOT COMPLAINTS,

HE JUST WOULD NOT USE THE WORD,
CHARGES.

AS THE CRIMES WERE COMMITTED IN
THE CITY LIMITS, ALTHOUGH ON STATE CAPITOL
TURF, I BELEIVE I HAD PROBABLE CAUSE
TO FILE AT THE CITY POLICE DEPT.

THE CRIMES OF DISTURBANCE, HARRASSMENT,
ASSAULT AND BATTERY, FALSE ARREST, FALSE
IMPRISONMENT AND POSSIBLE TERRORISTIC
THREATS, WERE IN MY THINKING AND I
WAS RELATING THOSE TO TROOPER TESTERMAN,
AS HE DID THE ABOVE CRIMES TO ME, IN HIS
CAPACITY AS A STATE TROOPER (OUT OF CONTROL).

AS A FORMER DENVER Colo POLICE OFFICER,
EVEN THOUGH I AM A OLDER MAN, I THINK
I GOT ENOUGH ON THE BALL TO KNOW WHEN CRIMES
ARE COMMITTED TO ME.

RADOMICKI WOULD NOT GIVE UP ON USING THE WORD COMPLAINT (S), WHEN I CALLED HIM ON THE DIFFERENCE IN THE WORDS CHARGES AND COMPLAINTS, I THOUGHT HE WAS GOING TO COME OVER THE DESK AT ME. HE GOT LOUD IN IHS PERSISTENCE. HIS EFFORTS TO BE ARGUEMENATIVE MADE IT ALMOST FUTILE TO SPEAK COMMON SENSE TO HIM.

THERE WAS NO DOUBT THAT HE WAS INVENTING EFFORTS TO PROTECT THE TROOPER AND SIDETRACK ME OUT OF THE POLICE STATION.

FINALLY AFTER COOL, CHOSEN, POINTED, WORDS, I CONVINCED HIM THAT I WAS NOT LEAVING TILL I HAD HIS REFUSALS IN WRITING. HE GOT OUT SOME CARDS AND WROTE ON ONE, WITH HIS NAME AND BADGE # AND ON THE BACK NOTED,

"SENT TO W.H.P. SUPERVISOR FOR COMPLAINT IN REGARDS TO TROOPER TESTERMAN" WHEN I READ THAT I MENTIONED THAT HE WAS AVOIDING STATING HIS REFUSING TO ACCEPT THE CHARGES, HE THEN WITH DISGUST WROTE ON A 2ND CARD "REFUSED TO TAKE COMPLAINT IN REGARDS TO TROOPER

1-A-P-4

TESTERMANS ACTIONS. REFERRED TO
W.H.P. SUPERVISOR."

AFTER ALL THE WORDS WE EXCHANGED,
MYSELF BEING EMPHATIC, TELLING HIM
I WANTED THE WORD CHARGES USED,
HE STILL REFUSED TO WRITE IT OR USE
IT IN OUR CONVERSATION OR HIS WRITING.

I DIDNT HAVE TO RUN DOWN TO THE
LIBRARY TO READ, IF HE JUST VIOLATED
SEVERAL OF MY U.S. CIVIL RIGHTS, I KNEW
IT IMMEDIATLY, IT WAS VERY DISTURBING
TO ME THAT HE WAS HAVING NO THOUGHT
OF DOING THAT, BUT I FOUND OUT WHY, ON
MY WAY OUT.

HAVE YOU EVER HEARD OF THE 14TH
AMMENDMENT OF THE U.S. CONSTITUTION,
(CHIEF OF POLICE) ILL GIVE YOU A CLUE,
REAL COPS LOVE CLUES, DONT THEY —

"EQUAL PROTECTION OF THE LAWS"
THERE IS MORE, BUT AS YOUR OFFICER
IS CLUELESS REGARDING CIVIL RIGHTS,

SHOULD I ASSUME HIS COMMAND OFFICERS
ARE ALSO, ILL VENTURE THIS WILL WAKE
YOU UP, IF YOUR CLAIMING YOUR A U.S.
CITIZEN.

RADOMICKI WAS WEARING ME
DOWN

HARASSING ME ABOUT THIS DEVELOPING,
PREMEDITATED REFUSAL. ESPICALLY WHAT
I HAD JUST BEEN SUBJECTED TO PRIOR BY
TROOPER TESTERMAN, AND HIS CRIME SPREE.
        AS I WAS LEFT NO CHOICE, I HAVE
FILED THE CHARGES WITH THE WYO STATE
PATROL—THEY HAVE THEM, POSSIBLY IF THEY
INTERACT WITH YOU AT ALL, YOU MIGHT
OBTAIN THE COPIES.
        BEING ALSO LEGALLY DISABLED FOR
22 YRS (LEGALLY) FROM ON THE JOB INJURIES,
MY PAIN LEVEL INCREASES WHEN DIPSTICKS
START VIOLATING MY CIVIL RIGHTS, AND
COMMIT CRIMES TO ME, DOING IT. ITS
NOT NICE TO TREAT A SENIOR CITIZEN
LIKE THIS, I AM SURE YOUR DOG CATCHER
HAS MORE COMPASSION ON THE POT LICKERS
THEY PICK UP THAN THESE OFFICERS DID
ON ME. I WANT RADOMICKI CHARGED
WITH THE CRIMES I LISTED AND BROUGHT
TO TRIAL.
        I KNOW WHERE TO GO TO CHARGE THE
CIVIL RIGHTS VIOLATIONS, I DONT NEED TO
BE TOLD, ALTHOUGH THOSE VIOLATIONS
COMPOUND THE CRIMINAL AND THE
COMPLAINTS YOU ARE ABOUT TO RECEIVE.

RADOMICKI, HAS COMMITTED IN THIS
SITUATION, DERELICTION OF DUTY, MADE
ERROR IN THE EXERCISE OF JURISDICTION,
TRIED A EFFORT OF MILIGNARE, INVENTED
RECKLESS MISCONDUCT, DEPRIVATION OF MY
CIVIL RIGHTS, PREMEDITATED MALICE IN FACT,
MALICE PREPENSE, MALFEASANCE, MISFEASANCE,
MALPRACTICE, LEGAL NEGLIGENCE, MAL CONDUCT
DURESS, MISDIRECTION, WAS REPUGNET
AND CONTRADICTORAL, ALL UNDER THE
COLOR OF POLICE AUTHORITY, WITH EXCEPT-
TIONAL GRIEVOUS CONDUCT UNBECOMING
A OFFICER OF THE LAW. CONSIDER AND
ACCEPT THESE COMPLAINTS AS CHARGED,
AND NOT, IF THESE WORDS ARE TO LARGE
FOR YOU, IT MIGHT BE EXPEDIENT TO
CALL YOUR TAXPAID LAWYER ASAP,
IN CASE IT HAS NOT DAWNED ON YOU,
I AM A U.S. CITIZEN, NOT A CHYENNE
WYO PUNCHING BAG, THIS SHOULD COVER
THINGS NICELY AT YOUR LEVEL, FROM
HERE ON I TAKE IT UPWARDS WHERE
THE EAGLES FLY.
     IF YOU WISH TO ADD ACCESS TO
A GOVT BLDG, DENIED ILL BE GLAD TO

ACCOMIDATE YOU IN THE SPIRIT OF
COOPERATION, MENTIONING A DISABLED PERSON.
IF YOU HAVE ANY CONCEPT THAT COPS
CAN GO BAD, THEN YOU SHOULD READ THE
BOOK " BLACK SATURDAY" WRITTEN BY
A FELLOW OFFICER OF MINE ON THE DPD,
AND THE DPD PUBLISHED IT, "55" WE
SENT TO THE BIG HOUSE FOR FELONYS.
WE DID NOT TOLERATE FILTH AMONG US.
    IF YOU HAVE A INVESTIGATOR WITH
TWO PIECES OF BRAIN TO RUB TOGETHER
MAYBE YOU CAN GET A SMOKIN
INVESTIGATION GOING, WHEN YOU SEE
EVIDENCE EXHIBITS A + B, ENCLOSED
YOU MIGHT WANT SOME OXYGEN CLOSE
BY, ANY ONE WHO VIOLATES SOME ONES
CIVIL RIGHTS AND PUTS THE ADMISSION
IN WRITING, MUST HAVE A DISFUNCTIONAL
PROBLEM,
    OH, ON MY WAY OUT, I ASKED
RADOMICKI IF HE COULD CITE MY
CIVIL RIGHTS FROM MEMORY, HE SAID "NO."
    IVE MET ONLY TWO OTHER OFFICERS
OF YOUR DEPT, WHO CANT DO THAT
EITHER, ONE DENIED TO TALK ABOUT IT,

THE OTHER ADMITTED HE DID NOT
KNOW ANY, WHATS GOING ON HERE
OUT OF A 100, IT WONT TAKE
MANY MORE TO REACH A 10% FAILURE
STATUS.

YET, I MET A YOUNG SHERRIFF
AT COFFEE AND HE COULD CITE
ALL, BUT STUMBLED ON THE 14TH
AND WAS NOT OFFENDED THAT I
INQUIRED, MAYBE YOU SHOULD HIRE
HIM, HE'S BRILLANT COMPARED TO
WHAT I'VE SEEN THUS FAR, IN YOUR
DEPT.

YOU DONT WANT TO HEAR WHAT I'VE
BEEN HEARING FRUM BUSINESS PEOPLE,
REGULAR CITIZENS AND SOME OFFICIALS
OF COMMUNITY GROUPS HERE IN
CHEYENNE, ABOUT YOUR POLICE DEPT,

MOST OF THEM THINK I SHOULD
RUN FOR U.S. SENATOR, DAM GOOD
IDEA HUH, ESPICALLY WHEN YOU
GOT A CONGRESS WOMAN, ABSENT
WITHOUT LEAVE. WHO'S RUNNING
THE SHIP.? THE RATS.

ITS PRETTY SAD WHEN A DUMB

OLE COW BOY LIKE ME, HAS TO GET
WIRED TO GET YOUR UNDEVIDED
ATTENTION, THAT YOU DONT SEEM TO
IMPART TO YOUR OFFICERS.

IF I DECIDED TO FILE A FEDERAL
RESTRAINING ORDER IN CERTAIN VERBAGE,
PERTAINING TO YOU AND YOURS TO LEARN
ALL MY CIVIL RIGHTS BY MEMORY SO
YOU CAN WARRANT WEARING A BADGE
AND A GUN TO PROTECT AND SERVE
THE CITIZENS WITH, HOW MUCH MORE
EVIDENCE DO YOU THINK I NEED TO
PULL IT OFF, WE ON THE SAME PAGE
YET CHIEF?

I SHOULD NOT THINK YOU'D TAKE
ANY OFFENSE TO MY FREEDOM OF
SPEECH AND CREATIVE WRITING —

HECK, A VICE PRESIDENT FROM
JACKSON HOLE WYO CAN USE THE
F — — — WORD IN PUBLIC AND SHOOT
HIS FRIEND IN THE FACE, AND HE GETS
HIS NAME IN GOLD LETTERS ON THE
FEDERAL BLDG IN CASPER, NEAT — HUH!

J. D. CARTER
C/O GENERAL DELIVERY
CHEYENNE WYO, 82001

EVIDENCE   EXHIBIT   B

TO ACCOMPANY
#1-A
REPORT.

RADOMICKI'S
WRITING
AND →
SIGNATURE

SEPT
21
07

Sent to W.H.P.
Supervisor for
Complaint in regards
to trooper Testerman.

SAME
AS
ABOVE
SEPERATE
CARD

Refused to take
Complaint in regards
to Trooper Testermans
actions. Referred to
W.H.P. supervisor.

## CHEYENNE POLICE DEPARTMENT



OFFICER Radomicki

BADGE # 55

2020 CAPITOL AVE.
CHEYENNE, WY. 82001
307-637-6525
307-637-6526 (FAX)       CASE #_____

Refused to take
complaint in regards
to Trooper Testermans
actions. Referred to
. W.H.P. supervisor.

TROOPER
TESTERMAN
Q/07
CHREYENNE

J. D.
HARRIS

NEWS
ROYAN - MARTIN

CHIEF OF POLICE
ROBERT D. FECHT
CHEYENNE WYO 82001

WRITTEN SAT-9-22-07
AFTERNOON.

AND TO WHOM IT CONCERNS

UNFORTUNATELY,

ON SATURDAY THE 22ND OF SEPTEMBER AT APPROX. 11:00 AM THE UNDERSIGNED WENT TO THE WYOMING COALITION FOR THE HOMELESS AT 907 LOGAN CHEYENNE, BEING PERSONALLY INVITED BY VIRGINIA THE DIRECTOR, FROM MEETING HER AT THE VETERANS STAND DOWN IN CHEYENNE WYO ON FRIDAY THE 21ST -2007.

THIS PLACE IS COMMONLY REFERRED TO BY THE HOMELESS AS THE "WELCOME MAT."

UPON ENTERING THE ALCOVE OF THE BUILDING, I SAW A MAN WITH A BEARD AT A DESK WHO GLANCED AT ME, THEN TOTALLY IGNORED ME, SO I WENT OUT AND ENTERED AGAIN.

THE MAN, LATER IDENTIFIED AS "STEVE", FINALLY TOLD ME TO ENTER INTO THE OFFICE AREA, I DID. I FILLED OUT A INTAKE FORM PROVIDED, NOT WISHING TO GIVE MY SS#.

FINISHING I PLACED IT ON HIS DESK AFTER READING THE "RULES, POLICIES, AND PROCEDURES, THOUROGHLY FROM THE BACK OF SAID PAPER.

STEVE READ IT, AND ASKED ME SOME QUESTIONS, WHICH I ANSWERED.

HE THEN STARTED ADVISING ME OF THE
SERVICES, SOME OF THEM I SUPPOSE.

HE STARTED AFFIXING A PLASTIC MOUTH
PIECE TO A HAND HELD DEVISE I RECOGNIZED
AS A BREATH A LIZER, NOT ASKING ME WETHER
I CHOSE TO PARTICIPATE OR NOT.

I THEN ADVISED HIM I DID NOT WISH
TO TAKE IT, AND ANNOUNCED THAT I DID
NOT DRINK ALCOHOL.

THIS SEEMED TO UPSET HIM SOME
WITH HIS REPLY AND FACIAL EXPRESSION.

SO I ASKED IF THAT REFUSAL WOULD
DENY ME SERVICES, HE SAID NO, CAUTIOUSLY.

ACCORDING TO THE BACK PAGE IT
IS AVAILABLE, NOT MANDA TORY, AND HIS
NOT ADVISING ME FATHER OF THAT FACT,
WAS A ATTEMPT TO DECEIVE ME INTO IT,
BY PREPARING TO DO IT WITH NO ADVISEMENT,
ONE WAY OR ANOTHER.

I DO NOT HAVE ANY PATICULAR DISPUTE
WITH ANY THING ON EITHER SIDE OF THE
INTAKE FORM, WITH THE EXCEPTION OF
HANDING OUT MY SOCIAL SECURITY #
TO ANY TOM, DICK, OR HARRY WHO
WANTS IT.

CLEARLY I LIKE PARAGRAPH # 4

A LOT, ON THE BACK OF THE INTAKE FORM, AS IT GIVES ME OPPORTUNITY TO LEARN MORE, ABOUT THE ORGANIZATION, AND ITS FUNCTIONS, AND HOW ITS SUPPORTED, RATHER THAN JUST RUN BLINDLY INTO A PLACE THAT IS CLAIMING BY APPEARANCES TO GIVE STUFF AWAY.

I WANT TO KNOW WHERE THE STUFF COMES FROM AND WHO GETS IT, IN GENERAL AND IF SOME MONIES ARE IN VLOVED, AND PARAGRAPH # 4 APPARENTLY ALLOWS QUESTIONING, WITHOUT SAYING WHAT THE QUESTIONS HAVE TO BE.

I IN ORDER OF THINGS, GOING ON, ANSWERED HIS QUESTIONS, THEN I ASKED IF THEY RECEIVED ANY FEDERAL FUNDS TO HELP RUN THINGS. HE SAID CAUSTICLY SEE VIRGINIA MONDAY, I APPROVED.

THE BREATHALIZER SEEMED TO BE A THORN IN HIS SIDE ISSUE, SO I ULTIMATELY STATED, THAT I USED TO BE A POLICE OFFICER, AND FELT PEOPLE HAVE SOME RIGHTS.

THIS APPARENTLY DID NOT SET WELL WITH HIM, APPARENTLY FROM HIS OWN PERSONAL VIEWS, AS THE RULES ARE STATED ON THE INTAKE FORM WHAT THE VOLUNTEER IS TO DO AND WHAT

THE APPLICANT IS TO DO.

HIS RESPONSE TO ME, STATING I
WAS A FORMER OFFICER, HE WAS BELLIGERENT
CAUSTIC, AND APPARENTLY LIT A FIRE TO
HIS ANGER, HE STATED HE DIDN'T CARE
WHAT I HAD TO SAY, THAT CUT OFF
THE QUESTION I WAS BUILDING UP TO
FROM THE INTRODUCTORY STATEMENT.

HE THEN ORDERS ME OUT OF THE
BUILDING, I ASKED IF HE WAS REFUSING
ME SERVICES, INSTEAD OF ANSWERING
POLITELY HE PHYSICALLY GOES PAST ME
TO THE DOOR OPENS IT AND LOUDLY
TELLS ME TO LEAVE. I DID WITH
NO FURTHER REBUTTAL. I CLOSED THE
2ND DOOR OUT, WALKED TO THE PARKING
LOT, AND WAS WRITING DOWN HIS NAME
(WHICH HE REFUSED THE LAST NAME) AND THE
ADDRESS, AND TIME, WHEN HE SUDDENLY
BURSTS OUT OF THE BUILDING COMING RIGHT
AT ME, YELLING FOR ME TO GET OFF
THE PROPERTY.

I HAD ALREADY EXITED BUT THAT
WAS NOT GOOD ENOUGH, HE OBVIOUSLY HAS
A DESIRE AND NEED TO GET PHYSICAL
WITH SOMEONE HE'S DECIDED TO HATE.

I DID NOTHING TO PROVOKE THIS EVENT OUTSIDE THE BUILDING AND FEEL I WAS WELL WITHIN THE RULES INSIDE THE BUILDING. ALL I CAN GLEAN IS, THE MENTION OF POLICE SERVICE TOUCHED OFF HIS MENTAL ABILITY TO NOT FUNCTION AS A NORMAL HUMAN BEING.

THE ATTACK HE DISPLAYED IN THE PARKING LOT, ON MY PERSON, WAS OBVIOUSLY DONE WITH INTENT AND MALICE AFORE THOUGHT, AS HE HAD TO BE WATCHING ME STOP, FROM SOME VISIBLE VANTAGE POINT, CERTAINLY NOT A POSITION OF THREAT, TO ANYONE AS I WENT AWAYS FROM THE BUILDING NOT RIGHT UP NEXT TO IT, BEFORE STOPPING.

IN THE PARKING LOT HE STARTS WAVING BOTH ARMS WILDLY IN THE AIR, REAL CLOSE TO MY BODY, MOVING AROUND FAST, ONE SWIPE HE MADE, I THOUGHT HE WAS GOING TO CONNECT AND I JERKED MY NECK A BIT TO AVOID THE COMING HIT, I TURNED AS QUICKLY AS I COULD WITHOUT RUNNING, AND HE DOGGED MY SIDE AND BACK SIDE REPEATDLY, I SAID "I AM WALKING."

I WAS "NOT" IN FEAR OF MY LIFE
AS I SEEN NO WEAPONS, ANY FEAR
I HAD WAS THAT HE MIGHT STRIKE
ME AND CAUSE ME INJURY AND PAIN
IN EXCESS OF WHAT I ALREADY LIVE
WITH 24-7 BEING PERMANENTLY DISABLED
NOW FOR 22 YRS BY S.S. FED. JUDGE.

HE OBVIOUSLY PAID NO RESPECT
TO THE WORDS I WROTE ON THE INTAKE
FORM OF "DISABLED" AND HE COULD
OF READ IT, ALSO THAT I AM A SENIOR
CITIZEN AT 67 YRS OLD, DID NOT SEEM
TO MAKE ONE BIT OF DIFFERENCE TO
THIS, VOLUNTEER ("STEVE") FROM THE
MANNER AND ACTIONS OF ATTACK.

IT IS NOT MY FAULT IF HE HAS
FRIED HIS BRAIN IN THE PAST ON
SOMETHING, AND HAS NO CONTROL
OF HIS NORMAL ACTIONS, BUT I WILL
NOT BE OR STAND TO BE A VICTIM
OF A OUT OF CONTROL SUBHUMAN
INDIVIDUAL.

THIS VOLUNTEER, I LEARN LATER
IN QUESTIONING SOME PEOPLE WHO
SAY THEY KNOW HIM WELL, DOES
APPARENTLY RECEIVE HOUSING, MEALS
CLOTHES FOR HIS VOLUNTEERISM,

WHICH THERE FORE, LEGALLY DOES NOT
MAKE HIM A VOLUNTEER, BUT A EMPLOYEE.
HE STANDS ACCOUNTABLE AS AN
EMPLOYEE IN MY OPINION.

HE MADE ME FEEL NERVOUS,
UNCOMFORTABLE, AFRAID, CAUSED MY
BODY TO DO A EFFORT OF DEFENSE
THAT I WOULD NOT JUST DO ON MY
OWN, KNOWING THE POSS. RAMIFICATIONS
EVEN A SMALL MISMOVE CAN DO TO
MY MEDICAL CONDITION.

EVEN AT MY DECLARATION OF "I AM
WALKING" DID NOT STOP HIS ATTACK
OF DOGGING ME AND ARM FLAILING
AND VERBAL HARASSMENT.

IF, AND I WILL FIND OUT, HE
DENIED ME ACCESS, AND THAT ORGANIZATION
RECEIVES ANY FEDERAL, STATE, MONEY,
FOODS, GIFTS, HE WITH MALICE, HAS
VIOLATED MY CIVIL RIGHTS, WHICH I
CAN LIST FROM MEMORY WHEN ITS TIME.

HE VIOLATED STATE AND MUNICIPAL
LAWS OF DISTURBING MY PEACE,
HARASSING ME, ATTEMPTED ASSAULT,
AND THREATS, FOR THIS HE SHOULD
BE CHARGED BY CHEYENNE POLICE
WHOM I TRIED TO REPORT IT TO.

I HAVE LEARNED FROM OTHERS THAT HE HAS BADGERED THEM HARASSED THEM, BOSSES THEM ABOUT AND OCASSINALY YELLS AT THEM, WHEN THEY GO TO THIS "WELCOME MAT" PLACE.

ITS APPARENT THOSE WHO TOLD ME THESE THINGS ARE IN FEAR OF LOSING THEIR PRIVLEDGES THERE, SO WONT SIGN THEIR NAMES TO A PAPER TO PROVE IT.

IF HE CAN CAUSE THAT MUCH FEAR IN A PERSON, WITH NEEDS, HOW IN THE HELL CAN HE KEEP THIS POSITION HE'S BEEN GIVEN, WHICH APPARENTLY HAS BECAME A ENTITLEMENT FOR HIM. WHOSE RUNNING THE SHIP?

I RESPECTFULLY DEMAND HE BE CHARGED AS STATED HEREIN, AND ALL VIDEO TAPES FOR THAT DAY BE RETRIEVED AND HELD FOR EVIDENCE.

SEPT-22-23-07

J. D. CARTER
% GENERAL DELIVERY
CHEYENNE WYO.

**CHEYENNE POLICE DEPARTMENT**
**Case Information**
☐ Supplemental
Additional Case: #

CASE # 07-51491
DATE/TIME: 09-22-07 1315
OFFICER/BADGE: Davidson P81

---

**Location of Offense: 907 Logan**   **Incident Type: Disturbance**
Time Frame of Offense: Date/Time 09-22-07 1200 to _____ _____
**Case Status: # 4**

1) Open  2) Unfounded 3) Exception 4) Inactive 5) Cleared  Officer  6) Arrested 7) summons  8) TOT Outside Agency

---

☐ Offense Info.                                    ☒ RP Cancel                    ☐ Statement Forms (#) __        ☐ Copy Fax sent To _____
☐ Subject Continuation (#) __        ☐ Arrest Report Summ.  ☐ Teletypes (#) __        ☐ Evidence Receipt _____
☐ Property Continuation (#) __        ☐ Page #2/Cont form   ☐ Misc. _____        ☐ Crime Scene Tech.

| Code | Name (Last, First) | | | Address | | **Subject Codes:** |
|---|---|---|---|---|---|---|
| C | Carter, Jerry | | | Refused | | C – Complainant |
| DOB AGE | Race | Sex | PX# | Additional | | D – Driver |
| Refused | W | M | Refused | Carter stated he was 67 years old | | M – Missing Person |
| Code | Name (Last, First) | | | Address | | O – Other |
| | | | | | | S – Suspect |
| DOB AGE | Race | Sex | PX# | Additional | | P – Parent |
| | | | | | | PI – Person of Interest |
| Code | Name (Last, First) | | | Address | | R – Runaway |
| | | | | | | V – Victim |
| DOB AGE | Race | Sex | PX# | Additional | | W - Witness |
| | | | | | | |
| Code | Name (Last, First) | | | INT. | | **Race Codes:** |
| | | | | | | B–Black |
| DOB AGE | Race | Sex | PX* | Davidson | | H–Hispanic |
| | | | | | | I Am. Indian |
| Code | Name (Last, First) | | | Address | | O–Oriental, Pacific Is. |
| | | | | | ENTERED - JB | East Indian |
| DOB AGE | Race | Sex | PX# | Additional | | W–White |

---

**Offense Summary:**

I contacted Jerry Carter reference he wanted to make a complaint about another individual. Carter stated he was at the above location to clean himself up. Carter stated there was an individual named Steve at this location. Carter had to fill out some paperwork before he was allowed to go inside. Carter stated Steve placed a breathalyzer in front of him and told him to blow into it. Carter refused to do this. Carter stated he decided to leave and went out to the parking lot. Carter stated Steve came out to the parking lot and told Carter to leave the area and started waving his arms by Carter. Carter left the area after this. I contacted Carter at 2020 Capitol and he explained to me what had happened. Carter was extremely uncooperative and would not provide me with any of his personal information because he stated I was a dirty cop and would fraudulently use his information. I asked Carter what he wanted to do reference Steve and he stated he did not want to do anything with it. Carter started to demand that I recite the 14th Amendment and if I could not I would be arrested for a felony. Carter continued to be extremely uncooperative the entire time I was speaking with him. I informed Carter I would make a report of the incident and he left the area.

**Offense Information**   Type (S-State, O-Municipal, F-Federal)   MISD ☐   FELONY ☐   DOMESTIC VIOLENCE ☐

| Type | Offense | Statute/Ordinance | Attempt / Comp. |
|---|---|---|---|
| | | | A        C |
| | | | A        C |
| | | | A        C |

**Location Type: # 24**

| | | | | |
|---|---|---|---|---|
| 1. By/Business/Criminal | 6. Convenience | 11. Construction/Prop. Bldg | 16. Field/Waterway | 21. Restaurant |
| 2. Bank/Savings & Loan | 7. Grocery Store | 12. Grocery/Market | 17. Liquor Store | 22. School/Storage |
| 3. Bars/Night Club | 8. Dept Store | 13. Highway/Road/Alley | 18. Pkg Lot/Garage | 23. Service/Gas station |
| 4. Church/Temple | 9. Drug Store/Dr Office/Hosp | 14. Hotel/Motel/etc | 19. Rental/Storage | 24. Other/Park |
| 5. Government Office Bldg | 10. Fast Foods | 15. Road/Brown | 20. Residence | |

EXHIBIT Pre-1

B-2

ARGUEMENTS AND
DISAGREEMENTS
CONCERNING EXHIBIT B-1

THESE ARE MY OFFICIAL ARGUEMENTS
AND DISAGREEMENTS OF THE ENCLOSED
PAPER TITLED CHEYENNE POLICE DEPT,
CASE INFORMATION

I - AGREE:   INCIDENT TYPE: DISTURBANCE
Yet I wanted more than that charges
on the listed Suspect (STEVE) I informed
THE OFFICER DAVIDSON P.81 THAT I WANTED
Charges Placed For Disturbing my Peace
HARASSMENT, ASSAULT (ATTEMPTED) AND

GOING (N)TO THE Section Offense Summary:
You Can Read what the officer Filed,
I - Disagree I was Clear I Did not
USE THE word Complaint AT ANY TIME,
I was USING the words Criminal Charges,
I Never Said I was there to "clean up"
I Said I was there to Do "LAUNDRY",
I-Disagree - I Never Said that (STEVE)
TOLD me to Bleed in the Bathroom/Shower,
So I Could NOT of Refused, I TOLD(STEVE)
I DID not want to Do A Breathalyzer,
As I DID NOT DrinK.
I-Disagree - I Do not Tell the Officer
That I Decided to Leave, I TOLD
HIM STEVE Ordered ME OUT OF THIS
Building 6 AFTER I HAD ASKED (STEVE)
TWO QUESTIONS.

( PAGE # 2 )

OF EXHIBIT B7

ARGUEMENTS AND DISAGREEMENTS

I-DISAGREE I WAS NOT UNCOOPERATIVE I CHOSE NOT TO GIVE MY BIRTH DATE OR SOCIAL SECURITY # TO THE OFFICER AS I PROTECT AGAINST POSS ID THEFT AT ALL LEVELS ALL THE TIME, THE OFFICER GAVE ME A HUGE HARASSMENT FOR NOT WANTING TO GIVE THOSE TWO ITEMS, AND FLATLY REFUSED TO MAKE ANY REPORT. I CONVINCED HIM DIFFERENTLY AS WE PURSUED THE CONVERSATION, IN FRONT OF THE POLICE BUILDING, WHERE I WAITED TILL THE OFFICER RESPONDED TO MY CALL.

I-DISAGREE - I ABSOLUTELY NEVER SAID "HE WAS A "DIRTY COP" I WOULD NEVER DO THAT TO A POLICE OFFICER THAT I DONT KNOW - HE MUST THINK I AM STUPIO, TO ACCEPT THIS FLAGRANT LIE.

I-DISAGREE, I NEVER SAID HE WOULD USE MY INFORMATION "FRANDULENTLY"

I DISAGREE - I NEVER SAID I DID NOT WANT TO DO ANYTHING IN REFERENCE TO STEVE - I SAID I WANTED HIM CHARGED WITH THE CRIMES I TOLD THE OFFICER CLEAR AS DAYLIGHT.

ARGUEMENTS AND DISAGREEMENTS

I - DISAGREE: I NEVER DEMANDED THAT HE RECITE THE 14TH AMMENDMENT, I NEVER SAID HE COULD OR WOULD BE ARRESTED FOR A FELONY.

I DID ASK HIM IF HE KNEW THE 14TH AMMENDMENT, HE WANTED TO CHANGE THE SUBJECT AND AVOIDED ANSWERING ME, THE FELONY STUFF HE HAS MADE UP ON HIS OWN, AND ALSO THE ARREST STUFF.

I - DISAGREE - I WAS NOT UN-COOPERATIVE IF ANY ONE DID THIS DEMANOR IT WAS HIM, AND HE WAS DOING HIS BEST IT SEEMED TO BE WHAT HE SAYS I AM.

I - DISAGREE - HE NEVER TOLD ME TO LEAVE THE AREA AT ANY TIME I WAS SITTING ON THE BENCH ALL THE TOTAL TIME I TALKED TO DAVIDSON.

HE WALKED AWAY FROM ME, AT THE END, I CALLED TO HIM ASKING WHAT HE WAS GOING TO WRITE IN THE REPORT, HE TURNED AND SAID

I WILL SAY STEVE RAN YOU OFF THE PARKING LOT, WAVING HIS ARMS, THAT YOU WERE IN FEAR OF YOUR LIFE, THAT IS TOTALL ERROUNEOUS, THATS NOT WHAT ALL I SAID, TO DAVIDSON A FEW MINUTES BEFORE, I NEVER SAID "I WAS IN FEAR OF MY LIFE, NOW THAT I

ARGUEMENTS AND DISAGREEMENTS HAVE A COPY OF DAVIDSONS WRITTEN REPORT AS OF TUESDAY SEPT 25TH AT APPROX 3∞ PM PICKING IT UP 4 DAYS AFTER THE CRIMES WERE COMMITTED

I NOW SEE THE TOTAL FABRICATED LIES, IN A OFFICIAL DOCUMENT, THAT DAVIDSON IS WILLING TO GO TO, TO DO WHAT — MAYBE PROTECT HIS FRIEND STEVE, OR MAYBE INFER I AM DIRTY, OR INFER I AM LESS THAN A CITIZEN TO HIM, OR INFER TO ESTABLISH GROUNDS, SO OTHER POLICE WILL HAVE SOME SO-CALLED ESTABLISHED EVIDENCE FROM DAVIDSON TO FALL BACK ON IF ANY DECIDE TO HARASS ME, STALK ME, WATCH ME, OR EVEN CONFRONT OR ARREST ME,

SEE FEDERAL COURT INJUNCTION FILING FOR WHAT I NEED DONE ABOUT THIS, OTHER THAN FILE DEPARTMENTAL CHARGES ON DAVIDSON.

ALMOST FORGOT, I MENTIONED TO DAVIDSON, THAT THE PLACE APPARENTLY HAS VIDEO DEVICES, AND THAT I WANTED HIM TO RETRIEVE ANY VIDEO WITH ME ON IT, HE SAID HE WOULD.

HE MAKES NO MENTION OF EVER THINKING ABOUT THAT IN THE REPORT, THIS OMISSION IS JUST ABOUT AS INCOMPREHESIVE AS IT GETS.

9-25-07

TO WHOM IT CONCERNS: I AM IN FEAR OF MY LIFE TO TURN THIS IN WITHOUT BACK UP AS I FEEL RETRIBUTION WILL COME ON ME ILLEGALLY. SEPT 25-07

ROBERT D. FECHT

CHIEF OF POLICE
2020 CAPITOL AVE.
CHEYENNE WYOMING 82001

EXHIBIT
B-3

CHIEF

NOW, THAT I HAVE A COPY OF PATROLMAN DAVIDSONS REPORT OF 9-22-07 CASE # 07-5149,

IT BECOMES VERY CLEAR TO ME AT 67 YRS OF AGE, AND AMONG THE MANY PROFESSIONAL JOB TITLES IVE HAD SCRATCHING OUT A LIVING, AMONG THEM, THE $5\frac{1}{2}$ GREAT YEARS AS A DENVER COLORADO MOTORCYCLE OFFICE (IN CHARGE OF 35 BIKES) WHY YOUR POLICE DEPARTMENT HAS SUCH HORRIBLE REFERENCES, IN THE MANY, MANY, CITIZENS IVE TALKED TO AND INTERVIEWED IN MY REGISTERED RUN FOR THE U.S. SENATE FROM WYOMING.

IVE PREPARED 4 PAGES OF REBUTTAL TITLED "ARGUEMENTS AND DISAGREEMENTS" IN WRITING, SHOWING THE FLABERGASTING LIES AND INVENTIONS THAT OFFICER DAVIDSON, WITH OBVIOUS PREMEDITATION DID FILE.

I AM WILLING TO GO AS FAR WITH THIS, TO TAKE A LIE DECTOR TEST TO PROVE MY STATEMENTS, BUT YOU CAN BET I WONT DO THAT WITH

ANY POLICE TECHNICIANS IN THIS STATE, AND IF I CANT PARTICIPATE IN FORMING THE QUESTIONS THE TEST WOULD GIVE.

FROM DAVIDSONS REPORT (AND I QUIVER, AT NEEDING TO CALL HIM "OFFICER")

I NOW KNOW AND SHUDDER, AT THE OPPORTUNITY TO FILE CRIMINAL FEED CHARGES AND DEPARTMENTAL CHARGES AND COMPLAINTS ON THE 2ND OFFICER OF YOUR DEPT, IN A SHORT FEW DAYS APART. I WILL LIST ALL OF THE ABOVE IN THIS WRITING, AND RESPECTFULLY DEMAND YOU ACT, INVESTIGATE, AND INITATE PROPER ARRESTS, AND OFFICIAL DECISIONS IN THIS MATTER. I DONT HAVE MUCH CHOICE, BUT TO START THIS THRU YOU AS YOUR SUPPOSED TO BE THE CHIEF OF POLICE, NOT THE LEADER OF A ARMED GANG, WITH BADGES, SO DURESS TO ME, IS ESTABLISHED IN THIS EFFORT.

I CHARGE OFFICER DAVIDSON BADGE #81 WITH DISTURBING MY PEACE, HARASSING ME, TAMPERING WITH AND ALTERING AND DESTROYING EVIDENCE, GIVEN TO HIM BY ME, WHEN CRIMINAL CHARGES WERE TOLD TO HIM, REQUESTED HIM TO FILE THEM AND HE REFUSES TO DO SO, AND SUBVERTLY USES THE WORD "COMPLAINT" TO SIDETRACK

THE "CRIMINAL" "CHARGES".

HE PUT LIES AND FABRICATED WORDS IN A OFFICIAL POLICE REPORT, THIS IS. FRAUD, FRAUDLENT ENTRIES. HE HAS COUNTERFITED THE WHOLE THOUGHT OF "POLICE" AND WHAT THAT WORD SHOULD STAND FOR IN AMERICA.

I DESIRE HIS PERSON BE CHARGED WITH THE ABOVE CRIMES, THAT HE BE ARRESTED AND BROUGHT TO TRIAL.

FUTHER, HE HAS COMMITTED, DISGRACE TO ME AS A CITIZEN, AND THE SAME TO THE CITIZENS OF CHEYENNE UNDER THE COLOR OF AUTHORITY, BY DOING THE ABOVE AND THE FOLLOWING, MISFEASANCE, MAL-FEASANCE, DERELICTION OF DUTY, CONDUCT UN-BECOMING A OFFICER, MISDIRECTION, TAMPERING WITH AND ALTERING EVIDENCE OF CRIMES I REPORTED TO HIM AND GAVE HIM, VERBALLY, FAILING TO NOTE OR OBTAIN POSSIBLE VIDEO EVIDENCE, THAT IS PROBABLY AVAILABLE OR (WAS AVAILABLE) WHICH COULD NOW BE ERASED OR LOST, AS HE HAS FAILED TO ACT AS A OFFICER IN THE HEAT OF THE MOMENT, FUTHER HE HAS SLANDERED MY REPUTATION WITH LIES, AND INVENTED VERBAGE IN A OFFICAL REPORT OF POLICE USAGE, ESTABLISHING

A CIVIL VENUE, UNDER THE U.S CONSTITUTION OF VIOLATING MY CIVIL RIGHTS, WHICH I SHALL NAME THEM, IN THE FEDERAL COURT DOCUMENTS, SHOULD I FILE, AND WHEN I FILE, WHICH WILL DIRECTLY PUT THE CITIZENS OF CHEYENNE AS THE RECIPIENTS OF DAVIDONS MANY ILLEGAL AND IMPROPER ACTIONS, NOT TO MENTION THE POSSIBLE SHAME OF A GOOD CITY, THAT THE MEDIA WILL POSSIBLY AIR. IN STATING THIS ASPECT IT IS NOT MY INTENTION TO DESTROY A GOOD CITY, BUT THRU THESE VIOLATIONS, RESTORE THE WRONGS FOR THE GOOD OF A CITIZEN AND A CITY TO FUTHER THE STRENGTH OF THE U.S. CONSTITUTION AND THE RIGHTS IT SUPPORTS AND DEMANDS, FOR ALL ITS CITIZENS.

DAVIDSON FUTHER COMMITTED, MALICE IN FACT, MALICE PREPENSE, LEGAL NEGLIGENCE, DEPRIVATION OF SEVERAL CIVIL RIGHTS, DEPRIVATION OF POLICE "PROTECT AND SERVE", SERVICES OF A CITIZEN, AND A MALICIOUS ACT, MADE EXCEPTIONAL EFFORTS TO MILIGNARE A CITIZEN WITH NO PROBABLE CAUSE, PREFORMED RECKLESS MISCONDUCT IN A REPUGNET AND CONTRIDICTORAL DISPICABLE MANNER, AND UTIMATELY TARNISHED HIS BADGE AND REPUTATION, IF HE POSSESSED ONE.

I RESPECTFULLY DEMAND THE AFORELISTED
BE CAREFULLY NOTED AND CONSIDERED AS
COMPLAINTS AND CHARGES AGAINST THE
OFFICER DAVIDSON, THAT HE BE SUSPENDED
AND ULTIMATELY TERMINATED FROM POLICE
DUTIES, FOREVER FROM THE CHEYENNE P.D.,
THAT NO RECOMMENDATION BE GIVEN SO
THAT HE CAN ENTER POLICE SERVICE IN
ANY OTHER JURISDICTION.

AS I AM IN FEAR OF MY FREEDOMS
AND LIFE FOR MERELY FILING THE AFORE
MENTIOND, CRIMES, COMPLAINTS, CHARGES,
I CAN DO SO UNDER OTHER EXCEPTIONAL
CIRCUMSTANCES, THAT MAY INCLUDE FEDERAL
LEVEL DECISIONS, VIA COURTS, AS CIVIL
RIGHTS VIOLATIONS ARE EXTREMLY INVLOVED.

SEPT 25-07

STATE HIGHWAY PATROL          SEPT 21-2007
OF WYOMING
CHEYENNE WYOMING              11 30 AM

THE UNDERSIGNED DESIRES TO BRING AND
PLACE THE LISTED CRIMINAL CHARGES ON TROOPER
TESTERMAN OF THE WYOMING STATE HIGHWAY PATROL.

FIRST CHARGE : DISTURBING MY PEACE

2ND CHARGE : HARASSING ME

3RD CHARGE · FALSE ARREST, THE SAME AS
DEFINED ON PAGE 540 OF BLACKS LAW
DICTIONARY (FIFTH EDITION) CLAIMING
JOHNSON V. JACKSON, 43 ILL. APP. 2d
251, 193 N.E. 2d 485, 489, AND WA
ITS DECISIONS AND EVIDENCE OF SAME
CASE,
4TH CHARGE : FALSE IMPRISOMENT (AS DESCRIBED ABOVE)

5TH CHARGE : TERROISTIC THREATS.
6TH CHARGE : ASSAULT AND BATTERY

LOCATION OF LISTED CRIMINAL VIOLATIONS WAS
IN THE LOBBY OF THE STATE CAPITOL BUILDING, FIRST
FLOOR, AT AND NEAR THE INFORMATION DESK OF THE
STATE PATROL. DATE OF OCCURANCE SEPTEMBER 21, 2007.

THESE CHARGES ARE BROUGHT ON PROBABLE CAUSE
TO THE STATE PATROL LEVEL AS ACCOMPANYING BUSINESS
CARDS WILL PROVE, UNDERSIGNEDS EFFORT TO PLACE THE
ABOVE CHARGES WITH THE CHEYENNE POLICE DEPT, WERE
REFUSED, TWICE IN WRITING BY OFFICER RADOMICKI
AT THE SAME POLICE DEPT'S LOBBY DESK. AS HIS
REFUSAL ASO VIOLATES MY CIVIL RIGHTS EMPHATICALLY
UP TO AND INCLUDING THE 14TH AMENDMENT OF THE
U.S. (CONSTITUTION) RE: EQUAL PROTECTION OF THE LAWS    WHICH

NOW HAS ALSO OCCURED IN THIS TOTAL CASE.
THEREFORE, WITH EVIDENCE OF SUCH, I AM FORCED
TO APPLY TO THE NEXT LEVEL OF LAW ENFORCEMENT
IN THE STATE OF WYOMING.

CONTINUED: HAVING JUST CAUSE, PROBABLE CAUSE
CITIZEN CAUSE, AND PROFESSIONAL CAUSE, I NEEDED
TO GO TO THE SECRETARY OF STATE OFFICE TO GLEAN
INFORMATION ON THE REQUIREMENTS OF THE STATE OF
WYOMING, AS TO THE PARTICULARS I WILL HAVE TO MEET
AT THE STATE LEVEL, TO QUALIFY AND REMAIN ON THE
VOTERS BALLOTS UNTIL NOVEMBER OF 2008, FOR THE OFFICE
OF U.S. SENATOR. (I AM ALREADY AWARE OF THE
FEDERAL REQUIREMENTS TO FILE AND RUN FOR U.S. SENATOR
AND HAD DONE SO FOR STATE OF IDAHO, HAVE CHANGED
MY MIND, SO WYOMING IS NOW MY CHOICE FOR THE
ELECTION RACE, AND PAPERS ARE BEING DRAWN, NOW.
THAT MAKES IT MANDATORY THAT I NOW LEARN THE
STATE REQUIREMENTS SO I CAN COMPLY.
USUALLY IN SEVERAL STATES THE SEC OF STATE
HAS THOSE DOCUMENTS, (SOME DON'T, COULD BE AT A
ELECTION) COMMISSION OFFICE, ALSO.
AS I HAVE LEGALLY RAN FOR US SENATE IN
CALIF, AND HAWAII IN 2006, I THINK I KNOW
WHAT I AM DOING BY NOW AND WHAT THE DRILL
IS AND WHERE MOST OF THE GOVERNMENT SERVICES
ARE THAT I NEED TO HAVE, TO ACCOMPLISH THE
ABOVE DESCRIBED.

ENTERING DESCRIBED STATE CAPITOL TO DO SOME
OF MY ERRANDS AS HIGHLIGHTED ABOVE ON FOOT
WITH ONLY A LONG SLEEVED SHIRT HANGING ON MY
SHOULDER AND WEARING NORMAL CLOTHES I APPROACED

THE OTHER DESK, MARKED "INFORMATION",

AS I OWN A MOPED ALSO, AND JUST ARRIVING IN CHEYENNE, HAVING NOT TIME TO CHECK WITH MOTOR VEH, I FIRST ASKED THE PATROLMAN TESTERMAN, IF I WOULD NEED A LICENSE PLATE ON A MOPED ESTABLISHING IT IS A 49 cc Below, HE SAID I WOULD NOT THEN I MENTIONED INSURANCE, HE THEN STARTED GIVING ME A LECTURE OF SORTS, ABOUT BEING RESPONSIBLE, IF I HIT ANYONE ETC: ETC:

WHEN HE FINISHED THAT I SAID I WAS A FORMER DENVER POLICE OFFICER AND THAT I WAS ON LOW INCOME ETC WHICH PRETTY MUCH MAKES ONE, LAWSUIT PROOF AS FAR AS THAT SUBJECT GOES.

I THEN ASKED IF HE WOULD DIRECT ME TO THE SECRETARY OF STATE OFFICE,

HIS REPLY WAS

WHAT DO YOU WANT THERE?

I POLITELY STATED THAT WAS MY PERSONAL BUSINESS.

HE SAID, WELL YOUR NOT GOING THERE WITHOUT A APPOINTMENT

MY REPLY (BEING AMAZED AT THAT) WAS, YOU MEAN A CITIZEN CANNOT JUST ACCESS GOVERNMENT SERVICES,

HE REPEATED THE APPOINTMENT ASPECT

I ASKED HOW TO DO THAT,

AT THAT POINT HE STANDS UP COMES OUT OF HIS BOOTH AND COMES PHYSICAL TOWARDS ME STOPPING ABOUT 6' AWAY.

HE ANNOUNCES FOR ME TO LEAVE TILL A APPOINTMENT, I TURNED TO START TO LEAVE, MAKING A STEP IN THE DIRECTION OF THE ENTRANCE,

HE THEN COMMANDS ME TO STOP. I DID, HE STEPS TOWARD ME WHILE SAYING. DO YOU HAVE ANY WEAPONS, (I CAN'T BELIEVE HE IS DOING THIS, I DID NOTHING, FOR HIM TO INQUIRE OF THIS, I WAS SHAKEN, OFF GUARD A BIT, I PUT MY ARMS UP OPEN HANDS SAYING NO. (SHOWING HIM I HAD NOTHING. HE SORT OF STARTS AT ME WITH A ARM AND HAND OUT LIKE HE MIGHT TRY TO SEARCH ME, FLABBER GASTED AT HIS WHOLE DEMANOR AND ACTIONS I ASKED WHAT ARE YOU DOING, HE DIDN'T GO AS FAR AS TO TOUCH ME, BUT SAYS PUT YOUR HANDS BEHIND YOUR NECK.

I SAID "WHAT"?

HE TOOK HIS RIGHT HAND OFF HIS OWN HOLSER AND PUT HIS HAND BEHIND HIS NECK, WHILE TELLING ME "LIKE THIS"

I SAID WHAT ARE YOU DOING, HE SAID PUT THEM UP THERE HE THEN UNSNAPS HIS HOLSTER OF HIS SIDE ARM, THERE WAS NO PROBABLE CAUSE FOR HIM TO START THIS AND NO PROBABLE CAUSE TO MAKE A MOVE TO HIS WEAPON, AS I AM LEGALLY DISABLED NOW FOR 22 YRS, IT IS VERY PAIN FUL AND DIFFICULT FOR ME TO PUT MY HANDS BEHIND MY NECK AND HOLD THAT POSITION AT ALL OR VERY LONG EVEN ON A LOW PAIN DAY, I STARTED RAISING MY ARMS TO TRY IT, SAYING "AM I UNDER ARREST" HE SAYS NO, GET YOUR HANDS UP, I SAID WELL YOU ALREADY DID THE ARREST" HE LOOKED CONFUSED

THEN BEFORE I COULD GET MY HANDS BEHIND MY NECK HE SAYS "GIVE ME YOU I.D. I POINTED AT MY WALLET AREA WITH MY RIGHT

HAND AND INDEX FINGER, THEN SLOWLY, VERY
SLOWLY REACHED FOR MY WALLET TO GET IT,

(HE APPEARED VERY NERVOUS, AND I NOTICED
HIM SHAKING PHYSICALLY WITH HANDS AND ARMS
THIS GOT MY ATTENTION AS, THE BODY LANGUAGE
HE WAS EXHIBITING TOLD ME HE MIGHT LOSE WHAT
LITTLE CONTROL HE HAD AT ANY MOMENT, I
GOT MY CA LICENSE OUT AND HANDED IT, HE
"GRABBED IT"

HE THEN ANNOUNCES AND STARTS DOING A
RADIO CHECK ON MY LICENSE,

WHILE HE WAS WAITING, I MENTIONED ABOUT
BEING A U.S. SENATOR CANIDATE TO OFFER
HIM A LITTLE MORE OF MY IDENTITY, AND
MAYBE CALM HIM SOME AS HE WAS STILL
SHAKING DOING THE RADIO CONTACTS.

I CAME BACK CLEAR, I HEARD THAT,
HE JUST LOOKED AT ME, AS IF HE COULD NOT
BELEIVE WHAT HIS RADIO JUST TOLD HIM,

I THEN ASKED FOR MY PROPERTY BACK
THE LICENSE, HE REFUSED, THAT IS A ACT THAT
IS BEHAVIORLLY UN BALANCED, AND A OBVIOUS TATIC
TO SEE IF I MIGHT GO ON SOME KIND OF ATTACK
SO HE COULD GO AFTER ME SOME MORE,

BEING A FORMER OFFICER, I'VE SEEN THIS
DONE BY OTHER COPS, JUST TO PISS OFF SOMEONE,
I NEVER DID THIS TO ANYONE AS A OFFICER,
AND IF THIS DISRESPECTFUL, YOUNG CLOWN WITH
A BADGE AND A GUN, DOSENT THINK I KNOW

WHAT HE WAS TRYING TO FORCE ON ME WITH
HIS TACTICS AND DEMANDS, HE'S GOT A P-6
COMMON SENSE AWARENESS PROBLEM.

FOR WHAT EVER HIS PURPOSE WAS TO GO AFTER
ME, AS DESCRIBED, IT ALL ENDED OUT ON THE
CAPITOL STEPS WHERE HE ORDERED ME TO GO, IN
ORDER TO GET MY DR. LICENSE BACK.

I COMPLIED, THAT IS NOT A REQUEST ITS
A UNLAWFUL POLICE ORDER TO MAKE ME DO
SOMETHING I DON'T WANT TO DO TO GET MY
PROPERTY BACK.
        THAT WAS HIS 2 ND UNLAWFUL POLICE ORDER
THE FIRST WAS TELLING ME TO STOP, AFTER
ORDERING ME OUT IN THE FIRST PLACE.
     (FALSE ARREST, FALSE IMPRISONMENT)

ON THE STEPS OUTSIDE THE DOOR OF THE
CAPITOL, HE KEEPS MY LICENSE AND STARTS
A BELATING LECTURE, LOUDLY, IN MY FACE WITH
HIS FINGER POINTING AT ME, SAYING
     YOU CAN'T BE A SENATOR CANDIDATE
YOU GOT A CA LICENSE, YOU'D HAVE TO HAVE
A WYOMING LICENSE TO DO THAT, I TRIED TO
EXPLAIN THAT BY SAYING OH, IF YOU DON'T
BELIEVE ME YOU CAN CALL THE FEDERAL ELECTION
COMMISSION AND ASK FOR KEVIN___ HE CUT
ME OFF, SAYING I DON'T CARE, YOU AREN'T
EVEN DRESSED LIKE A SENATOR___

NOW TAKE YOUR LICENSE AND GET OUT P-7
OF HERE, BUT HE HELD IT TIGHT, SAYING
HERE IS MY SUPERVISORS NAME IF YOU
DONT LIKE IT CALL HIM, I SAID

I DONT NEED YOUR SUPERVISORS NAME
(I WROTE TESTERMANS NAME ON A PAPER
I HAD IN MY SHIRT POCKET, WHERE I HAD
ALSO JOTTED 30 MINUTES PRIOR, THE NAME
OF THE RADIO HOST, WHO GAVE ME THE PAPER
WITH THE NEWS DIRECTOR ON IT, AND HAD
INVITED ME TO COME BACK WITH MY PRESS
RELEASE

I WENT STRAIGHT TO THE POLICE STATION
TO FILE CRIMINAL CHARGES ON TESTERMAN,
AND WAS REFUSED IN WRITING TO
DO SO.

I DESIRE TESTERMAN BE CHARGED
WITH THE CRIMES I LISTED, CHARGED
AND ARRESTED FOR TRIAL, SO HE HAS
A OPPORTUNITY TO HAVE HIS CIVIL RIGHTS
IN COURT, THE SAME ONES HE VIOLATED
MULTIPLE TIMES IN HIS LITTLE BAD COP
DISPLAY, OF MINE.

IF I WAS A GAMBLER, I AM NOT
I'D BET ALL I OWN, HE CANNOT STAND

AND FROM HIS MEMORY, IN FRONT OF A JUDGE AND CITE ALL OF MY CIVIL RIGHTS FROM THE U.S. CONSTITUTION, FROM THE 1ST THRU THE 14TH AMMENDMENT. AND ILL WIN THAT BET.

THE AFORE IS THE CRIMINAL CHARGES, I DESIRE, AS A U.S. CITIZEN

DEPARTMENTAL CHARGES WILL FOLLOW, AND THE FEDERAL LAWSUIT AND OTHER DOCUMENTS WILL NOW BE IN THE WORKS.

WHERE DID YOU GET HIM?

SIGNED J.D. CARTER

/APE

OBVIOUSLY A WELCOME GUEST TO WYOMING WHO IS STAYING FOR THE BIG RACE!

IF I WIN MAY GOD HAVE MERCY ON THE CORRUPT IN WYOMING.